**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: K.B.C., JR., A MINOR | : No. 268 MAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: YORK COUNTY CHILDREN AND YOUTH SERVICES | : from the Order of the Superior Court |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.